35

United States District Court
Southern District of Texas
ENTERED

OCT 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAIME GARZA,<br>Petitioner, | § § § § | |
| VS. | § § § | CIVIL ACTIONS NO. B-93-080<br><br>CONSOLIDATED WITH B-95-132 |
| JAMES A. COLLINS, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondents. | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 8, 1998, should be **ADOPTED** and the petition be **DISMISSED**.

DONE in Brownsville, Texas, on this 5th day of October, 1998.

Filemon B. Vela
United States District Judge